No. D–2678. IN RE DISCIPLINE OF AGILIGA. Alexander Nnanna Agiliga, of Largo, Md., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.